# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TIMOTHY ADDISON MCCAMEY,

    Plaintiff,

v.

SNOHOMISH COUNTY SHERIFF'S OFFICE, et al.,

    Defendants.

CASE NO. C19-699-RAJ-BAT

**ORDER DENYING MOTION TO COMPEL DISCOVERY**

    On June 5, 2019, plaintiff filed a Discovery Motion. Dkt. 11. On May 24, 2019, the Court ordered service on defendants. Dkt. 7. Defendants waived service on June 5, 2019, (Dkt. 9) and thus have until July 23, 2019, to file an Answer. Plaintiff's motion is therefore premature. Further, plaintiff has failed to certify he has in good faith conferred or attempted to confer with defendants before filing his motion, as required by Fed. R. Civ. Pro. 37(a)(1) and Local Rule 37. The Court accordingly **DENIES** plaintiff's motion to compel discovery. Dkt. 11. The clerk shall provide a copy of this order to the parties.

    DATED this 6th day of June, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO COMPEL DISCOVERY - 1