UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMONTHY ADDISON MCCAMEY,

               Plaintiff,

    v.

SNOHOMISH COUNTY SHERIFF'S OFFICE, et al.,

               Defendants.

Case No. C19-699-RAJ

**ORDER DENYING MOTION FOR INJUNCTION**

     The Court, having reviewed plaintiff's complaint, the motion for injunction, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    This Motion of Injunctive Relief (Dkt. 10) is DENIED.

    (3)    The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

    DATED this 27th day of June, 2019.

The Honorable Richard A. Jones
United States District Judge