UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY ADDISON MCCAMEY,<br><br>              Plaintiff,<br><br>   v.<br><br>SNOHOMISH COUNTY SHERIFF'S OFFICE, et al.,<br><br>              Defendant. | CASE NO. C19-699 RAJ<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed the complaint, defendants' motion for summary judgment (Dkt. 18), the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

(1) The Court **ADOPTS** the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. 18) is **GRANTED**. The Clerk is directed to close this case.

(3) The Clerk is directed to provide a copy of this Order to the parties and to the Hon. Brian A. Tsuchida.

DATED this 12th day of November, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT -
1